Megan E. Glor, OSB No. 930178
Email: megan@meganglor.com
**Megan E. Glor, Attorneys at Law, PC**
707 NE Knott Street, Suite 101
Portland, OR  97212
Telephone: (503) 223-7400
Facsimile: (503) 751-2071

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **JOHN C. LONSFORD,** | Case No.  3:21-cv-1730-SB |
| **Plaintiff,** | |
| v. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| **LIFE INSURANCE COMPANY OF NORTH AMERICA,** | |
| **Defendant.** | |

Plaintiff John C. Lonsford and Defendant Life Insurance Company of North America file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant agreed to a settlement of this action.

**Stipulation of Dismissal - Page 1 of 2**

Accordingly, Plaintiff and Defendant stipulate that this action can be dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of this stipulation of dismissal and enter any necessary orders to close this case before the Court.

SUBMITTED July 11, 2022

IT IS SO STIPULATED

| | |
|---|---|
| s/ Megan E. Glor | s/ Brian T. Kiolbasa |
| Megan E. Glor, OSB No. 930178 | Brian T. Kiolbasa, OSB No. 112890 |
| megan@meganglor.com | kiolbasab@lanepowell.com |
| Megan E. Glor, Attorneys at Law, P.C. | Lane Powell PC |
| 707 NE Knott Street, Suite 101 | 601 SW 2nd Ave Ste 2100 |
| Portland, OR  97212 | Portland OR  97204 |
| Phone: (503) 223-7400 | Phone: (503) 778-2100 |
| Fax: (503) 751-2071 | Fax: (503) 778-2200 |
| | |
| Of Attorneys for Plaintiff | Of Attorneys for Defendant |

**Stipulation of Dismissal - Page 2 of 2**

Megan E. Glor
Attorneys at Law, P. C.
707 NE Knott Street, Suite 101
Portland, OR 97212
(503) 223-7400